USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVNER LEVY,

Plaintiff,

-v-

PEPSICO. INC., ET AL,

Defendants.

**ORDER**

26-CV-4889 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 12, 2026, this case was referred to the undersigned for settlement. ECF No. 27.

A conference is scheduled on **December 1, 2026,** at **12:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 642 512 955#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge